# DECISION DISTRIBUTION LIST

FILING DATE 12-12-23

■ **MEMORANDUM DECISION**
☐ **OPINION**
☐ **DECISION ORDER**

1 CA- CR - 23-0194 PRPC                    (County) MARICOPA

STATE                    v. GUERRERO

P. GARROW          ☐■ E-mail ☐ Mail                    ☐ E-mail ☐ Mail
                   ☐ E-mail ☐ Mail                    ☐ E-mail ☐ Mail
J. GUERRERO        ☐ E-mail ☐■ Mail                    ☐ E-mail ☐ Mail
                   ☐ E-mail ☐ Mail                    ☐ E-mail ☐ Mail
                   ☐ E-mail ☐ Mail                    ☐ E-mail ☐ Mail
                   ☐ E-mail ☐ Mail                    ☐ E-mail ☐ Mail
                   ☐ E-mail ☐ Mail                    ☐ E-mail ☐ Mail

Appellant _____ (Anders Cases Only)
DOC (Dept of Corrections) 1_____ (CR Cases only)
**Total Copies** 2_____

DISPOSITION REVIEW GRANTED; RELIEF DENIED

COURT OF APPEALS JUDGES   JBM      CJB      BYF      DEPT. E

---

JUDGE(s) ON APPEAL   **DAVID W. GARBARINO**     ☐■ E-mail  ☐ OTHER
  * **If Retired**, send copy of decision to presiding judge of that county.  If
    Maricopa, copy court administrator by e-mail.
  * **If Other**, (commissioner, pro tem, hearing officer, resigned, not retained,
    or lost partisan election), send copy of decision to presiding judge of that
    county.  If Maricopa, copy court administrator**.**

Presiding Judge (if nec) _____  ☐ E-mail
Maricopa County Court Administrator Raymond Billotte (if nec) ☐ E-mail

**Maricopa only:**
**FC/FN** Judge Ronda Fisk                          ☐ E-mail
**TX** Judge Sarah Agne                             ☐ E-mail
**JV Delinquency** Judge Lori Bustamante            ☐ E-mail
**PB/MH** Judge Dean Fink                           ☐ E-mail
**Other Cases:**
**IC** Hon. C. Andrew Campbell                      ☐ E-mail
**UB** Ernesto Espino                               ☐ E-mail
Victim Witness* (JV Delinquency, CR)                ☐
  *(ONLY IF OTHER THAN AFFIRMED; MAILED BY CLERKS OFFICE)

DIVISION ONE
FILED: 12/12/23
AMY M. WOOD,
CLERK
BY: AA

Modified 7/13/2023

T:\FORMS\MemoDecisons-and-Opinions